No. 64776.—W. J. Byrnes & Co. of N.Y., Inc., and Meco Corp. v. United States, protest 59/1777 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of rubber swimming pools the same in all material respects as those the subject of Abstract 63268, the claim of the plaintiffs was sustained.